injustice and delay." Order appealed from is reversed, with $10 costs and disbursements to appellant, and the motion to remand the case is denied, without costs, with leave to respondent to renew said motion on a more complete record. All concur.

TEMPLE et al., Appellants, v. VARNEY, Respondent. (Supreme Court, Appellate Division, Third Department. January 11, 1899.) Action by John C. Temple and another against Mary J. Varney. No opinion. Judgment affirmed, with costs.

TEMPLETON, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by William H. Templeton against Ira C. Brown, as president of the Buffalo City Troop. No opinion. Order affirmed, with $10 costs and disbursements. See 55 N. Y. Supp. 1150.

THAYER, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Third Department. January 11, 1899.) Action by Daniel H. Thayer against Horatio Brown. No opinion. Judgment and orders affirmed, with costs.

TRACY et al. v. KIRCHER et al. SAME v. FREY. SAME v. FALVEY. (Supreme Court, Appellate Division, First Department. January 13, 1899.) Actions by Alberta P. Tracy and another against Louis H. Kircher and another, Francis Frey, and Catherine Falvey. No opinion. Motions denied. See 55 N. Y. Supp. 1150.

TRACY et al., Appellants, v. KIRCHER, Respondent. (Supreme Court, Appellate Division, First Department. January 20, 1899.) Action by Alberta P. Tracy and others against Louis H. Kircher. S. Hanford, for appellants. C. E. Locke, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re TRIMM. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) In the matter of the adoption of Matilda Trimm (otherwise known as "Katie Hoefle") by John N. Hoefle and Barbara C. Hoefle. No opinion. Motion denied, without costs. See 55 N. Y. Supp. 1150.

TRUE, Respondent, v. LEHIGH VAL. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 11, 1899.) Action by Josephine True, as administratrix, etc., against the Lehigh Valley Railroad Company. No opinion. Judgment and order affirmed, with costs. All concur, except HERRICK, J., dissenting.

In re TWELFTH WARD PARK. (Supreme Court, Appellate Division, First Department. December 31, 1897.) In the matter of the Twelfth Ward Park. W. M. Ivins, for appellant. H. A. Forster, for respondent. No opinion. Report modified by adding to the compensation to be given to La Mardu for his prem-

ises the sum of $2,500, as the value of his building, and, as modified, affirmed. See 52 N. Y. Supp. 1150.

In re TWELFTH WARD PARK. In re REMANGTON. (Supreme Court, Appellate Division, First Department. February 10, 1899.) In the matter of Twelfth Ward Park. In the matter of Remangton. No opinion. Motion to confirm referee's report granted.

VALENTINE, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Elizabeth M. Valentine, as executrix, etc., against the Erie Railroad Company. No opinion. Motion for reargument denied. Motion for certificate to appeal to the court of appeals denied, with $10 costs. See 55 N. Y. Supp. 1150.

VANDEGRIFT v. COWLES ENGINEERING CO. et al. (Supreme Court, Appellate Division, First Department. January 13, 1899.) Action by Frederick B. Vandegrift against Cowles Engineering Company and others. No opinion. Motion granted. See 55 N. Y. Supp. 1150.

VAN GORDEN, Appellant, v. MOORE, Respondent. (Supreme Court, Appellate Division, Third Department. January 17, 1899.) Action by William H. Van Gorden against John Moore. No opinion. Judgment affirmed, with costs. All concur, except HERRICK, J., dissenting.

WALSH, Appellant, v. AMERICAN LUMBER CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 31, 1899.) Action by William Walsh against the American Lumber Company. No opinion. Judgment unanimously affirmed, with costs, on argument.

WARD et al., Appellants, v. SIRE, Respondent. (Supreme Court, Appellate Division, Second Department. January 10, 1899.) Action by Martin J. Ward and Walter C. Weston against Meyer L. Sire. No opinion. Judgment affirmed, with costs, on argument.

WARNER, Respondent, v. BILLINGS, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Mary F. Warner against Wilhelmina Billings, impleaded, etc. No opinion. Motion for reargument denied. Motion to modify the judgment denied, with $10 costs and disbursements, without prejudice to an application at special term for leave to set off the costs against the recovery on the mortgage foreclosure. See 53 N. Y. Supp. 805.

WATERS, Respondent, v. JOHNSON, Appellant. (Supreme Court, Appellate Division, Third Department. January 25, 1899.) Action by James S. Waters against Frances S. Johnson. No opinion. Judgment affirmed, with costs.

WEBB, Respondent, v. LONG ISLAND MUT. FIRE INS. CO., Appellant. (Supreme